UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BERNARD J. NUNNALLY,

    Petitioner,

v.                                   Case No.  3:20-cv-6018-LC-MJF

MARK INCH,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 24, 2021. (Doc. 10). The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection was made.

Having considered the Report and Recommendation and all objections thereto, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 10), is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss (Doc. 8) is **GRANTED**.

3. The petition for writ of habeas corpus (Doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Bernard Jamill Nunnally*, Okaloosa County Circuit Court Case Nos. 2015-CF-1608 and 2015-CF-1609, is **DISMISSED WITH PREJUDICE** as time barred.

4. A certificate of appealability is **DENIED**.

5. The clerk of court shall close this case file.

**DONE AND ORDERED** this 20th day of July, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**